Jon G. Miller, Bar No. 150702
jmiller@littler.com
Diana Leon, Bar No. 320722
dleon@littler.com
LITTLER MENDELSON, P.C.
18565 Jamboree Road
Suite 800
Irvine, California 92612
Telephone: 949.705.3000
Fax No.: 949.724.1201

Attorneys for Defendants
APCT, INC.; APCT GLOBAL, INC.;
AND JOAQUIN CASTILLO ERRONEOUSLY
SUED AS "JOAQUIN CARRILLO"

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| AZUCENA AVILA,<br><br>    Plaintiff,<br><br>v.<br><br>APCT, INC.; APCT GLOBAL, INC.; and JOAQUIN CARRILLO; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. 8:22-cv-00289-DOC-ADS<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS FEDERAL CLAIMS AND REMAND CASE [12]**<br><br>Assigned to District Judge:<br>David O. Carter<br><br>Complaint Filed:    August 9, 2021 |

4872-4117-9928.1 / 103781-1003

ORDER GRANTING JOINT
STIPULATION TO DISMISS FEDERAL
CLAIMS AND REMAND CASE
8:22-CV-00289-DOC-ADS

# ORDER

Having considered the March 23, 2022 Joint Stipulation between the Parties, the Court hereby orders as follows:

1. Plaintiff's Fifth Cause of Action for violation of Labor Code sections 510, 1194; violation of FLSA is hereby dismissed without prejudice;

2. Plaintiff's Eleventh Cause of Action for violation of the Americans with Disabilities Act; sections 12100, *et seq.* is hereby dismissed without prejudice.

3. Upon dismissal of Plaintiff's federal claims, this matter is hereby remanded to Orange County Superior Court.

4. Each Party shall bear its own attorneys' fees and costs with respect to the removal and subsequent remand of the Action.

The stipulation is approved.

**IT IS SO ORDERED.**

Dated: March 23, 2022

*/s/ David O. Carter*
Honorable David O. Carter
JUDGE OF THE DISTRICT COURT

LITTLER MENDELSON, P.C.
18565 Jamboree Road
Suite 800
Irvine CA 92612
949.705.3000

4872-4117-9928.1 / 103781-1003

2

ORDER GRANTING JOINT STIPULATION TO DISMISS FEDERAL CLAIMS AND REMAND CASE
8:22-CV-00289-DOC-ADS